TYLER NEWBY (CSB No. 205790)
tnewby@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants
KEYNETICS INC. and CLICK SALES INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM G. SILVERSTEIN,<br><br>  Plaintiff,<br><br>  v.<br><br>KEYNETICS INC., CLICK SALES INC., and DOES 1-50 inclusive,<br><br>  Defendants. | Case No.: 2:18-cv-4100-JAK-AGR<br><br>**CERTIFICATE OF SERVICE RE NOTICE OF REMOVAL OF STATE COURT CIVIL ACTION**<br><br>Removed from the Superior Court of the State of California, Los Angeles County, Case No. BC700360 |

CERTIFICATE OF SERVICE           1           CASE NO. 2:18-cv-4100-JAK-AGR

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Fenwick & West LLP, 801 California Street, Mountain View, CA  94041.  On the date set forth below, I served a copy of the

- **CIVIL COVER SHEET**
- **NOTICE OF REMOVAL OF STATE COURT CIVIL ACTION**, including **Exhibits A through C and the accompanying Declaration of James Bird**
- **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**
- **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**
- **DEFENDANTS KEYNETICS INC. AND CLICK SALES INC.'S NOTICE OF INTERESTED PARTIES**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

> William G. Silverstein
> 3550 Wilshire Blvd., Suite 809
> Los Angeles, CA  90005

☑  **BY US MAIL:**  by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices.  I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: May 16, 2018          */s/Julie Jimenez*
                              Julie Jimenez