UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| WILLIAM G. SILVERSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>KEYNETICS INC., CLICK SALES INC., and DOES 1-50 inclusive,<br><br>    Defendants. | Case No.: LA CV18-04100-JAK (AGRx)<br><br>**AMENDED ORDER RE: (1) STIPULATION TO EXTEND TIME FOR DE-FENDANTS TO FILE A RE-SPONSIVE PLEADING TO THE FIRST AMENDED COMPLAINT (DKT. 10); AND (2) ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE (DKT. 15)** |

Before the Court is Plaintiff William Silverstein and Defendants Keynetics Inc. and Click Sales Inc.'s (collectively "Defendants") joint stipulation, requesting that the Court extend Defendants' time to file a responsive pleading to Plaintiff's First Amended Complaint (Dkt. 13) and a second stipulation to continue the Scheduling Conference. Dkt. 15. Upon consideration of the parties' stipulations, it is hereby Ordered as follows:

1. The Stipulation to Extend Time to Answer the Complaint is **GRANTED IN PART**. Any motion to remand shall be filed no later than June 18, 2018 and set for hearing consistent with the Court's Open Motion Calendar. Defendants shall file a response to the First Amended Complaint no later than June 22, 2018 (Dkt. 13), ==or 10 days after an Order denying Plaintiff's planned motion to remand, if such a motion is filed==;

2. The Scheduling Conference, scheduled for July 16, 2018, is taken **UNDER SUBMISSION**. The Court will review the parties' Joint Rule 16(b)/26(f) Report and issue a scheduling order. No appearance by either party is necessary.

3. In light of the foregoing, the Stipulation to Continue the Scheduling Conference (Dkt. 15) is **MOOT**.

4. Defense counsel shall give telephonic notice of this Order to Plaintiff and file a proof of service regarding such no later than June 7, 2018.

IT IS SO ORDERED.

Dated: June 6, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2