# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV18-04100 JAK (AGRx) | Date | October 15, 2018 |
| Title | William G. Silverstein v. Keynetics, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| William G. Silverstein, pro se | Sapna S. Mehta |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND (DKT. 21)**

The motion hearing is held. The Court states its tentative views regarding Plaintiff's Motion to Remand (the "Motion"). Plaintiff and defense counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The parties report that they have a mediation session scheduled in November 2018. The Court encourages the parties to participate in mediation regardless of whether this case remains here or is remanded back to the state court.

**IT IS SO ORDERED.**

| | : | 17 |
|---|---|---|
| Initials of Preparer | ak | |